**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**DESI LEE HYMAN JACKSON,**

    Plaintiff,

v.

**GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON, et al.**,

    Defendants.

Civil Action No. 5:13-CV-369 (HL)

**ORDER**

Before the Court are the Plaintiff's Motion to Amend/Correct Complaint (Doc. 8), Motion for Hearing (Doc. 9), and Motion for Judgment on the Pleadings (Doc. 10). The motions are denied. Judgment has already been entered in this case, and amending the complaint as Plaintiff seeks leave to do would not remedy the legal defects in his claim. The motion for a hearing and the motion for judgment on the pleadings are untimely.

**SO ORDERED**, this the 9th day of December, 2013.

                            *s/ Hugh Lawson*
                            **HUGH LAWSON, SENIOR JUDGE**

scr