IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DESI LEE HYMAN JACKSON,** : | |
| : | |
| **Plaintiff** : | |
| : | CASE NO. 5:13-CV-369-HL |
| VS. : | |
| : | 42 U.S.C. § 1983 |
| **GEORGIA DIAGNOSTIC AND** : | |
| **CLASSIFICATION PRISON,** *et al.,* : | |
| : | |
| **Defendants.** : | |

## ORDER

Plaintiff **Desi Lee Jackson**, who is currently incarcerated at the Telfair State Prison in Helena, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. After conducting a preliminary view of his Complaint, this Court found that Plaintiff's allegations failed to state a claim under § 1983. The Complaint was accordingly dismissed without prejudice. See 28 U.S.C. § 1915A. (Doc. 6.) Judgment was entered on October 10, 2013. (Doc. 7.)

Plaintiff has now filed a Motion to Proceed *in forma pauperis* on Appeal (Doc. 16) from this Court's Order dismissing his Complaint. In the Court's best judgment, an appeal from this Order cannot be taken in good faith. Plaintiff's Motion to Proceed *in forma pauperis* on appeal is accordingly **DENIED**. See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis . . . unless . . . the district court . . . certifies that the appeal is not taken in good faith").

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455.00 appellate

filing fee.  Because Plaintiff has stated that he cannot pay the $455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b).  Pursuant to § 1915(b), the prison account custodian where Plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account until the $455.00 appellate filing fee has been paid in full.  Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10.00 until the total filing fee of $455.00 has been paid.  Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which Plaintiff is presently incarcerated.  Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 10th day of December, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT JUDGE

lws